| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Cynthia Denise Brown** <br> First Name    Middle Name    Last Name |
| Debtor 2 <br> (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA WESTERN DIVISION |
| Case number <br> (if known) | 18-70245 |

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

|   |   | Your assets <br> Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) <br> 1a. Copy line 55, Total real estate, from Schedule A/B.................................................................. | $ 38,630.00 |
|    | 1b. Copy line 62, Total personal property, from Schedule A/B....................................................... | $ 12,662.00 |
|    | 1c. Copy line 63, Total of all property on Schedule A/B................................................................. | $ 51,292.00 |

### Part 2: Summarize Your Liabilities

|   |   | Your liabilities <br> Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) <br> 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 51,243.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) <br> 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............... | $ 16,786.00 |
|    | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........... | $ 31,725.00 |
|    | **Your total liabilities** | $ 99,754.00 |

### Part 3: Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I) <br> Copy your combined monthly income from line 12 of *Schedule I*................................................................ | $ 2,595.00 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J) <br> Copy your monthly expenses from line 22c of *Schedule J*........................................................... | $ 2,565.80 |

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum       Summary of Your Assets and Liabilities and Certain Statistical Information       page 1 of 2

| Debtor 1 | Cynthia Denise Brown | Case number (if known) | 18-70245 |

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.  $ 2,238.84

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 16,786.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 16,786.00 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Cynthia Denise Brown |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA WESTERN DIVISION |
| Case number (If known) | 18-70245 |

Check if this is:
- ☒ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:
  _____
  MM / DD/ YYYY

Official Form 106I
## Schedule I: Your Income
12/15

**Be as complete and accurate as possible.** If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | Team leader | |
   | Employer's name | PBS PEO Services LLC | |
   | Employer's address | 2189 Parkway Lake Drive<br>Birmingham, AL 35244 | |
   | How long employed there? | <1 year | |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 2,956.86 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | $ 2,956.86 | $ N/A |

Official Form 106I          Schedule I: Your Income          page 1

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---:|---:|
| | Copy line 4 here | | 4. | $ 2,956.86 | $ N/A |

5. **List all payroll deductions:**

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---:|---:|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ | 361.86 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ | 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ | 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ | 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ | 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ | 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ | 0.00 | $ N/A |
| 5h. | Other deductions. Specify: | 5h.+ | $ | 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 361.86   $ N/A
7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 2,595.00   $ N/A

8. **List all other income regularly received:**
   - 8a. **Net income from rental property and from operating a business, profession, or farm**
     Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 0.00   $ N/A
   - 8b. **Interest and dividends**   8b.   $ 0.00   $ N/A
   - 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
     Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00   $ N/A
   - 8d. **Unemployment compensation**   8d.   $ 0.00   $ N/A
   - 8e. **Social Security**   8e.   $ 0.00   $ N/A
   - 8f. **Other government assistance that you regularly receive**
     Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
     Specify:   8f.   $ 0.00   $ N/A
   - 8g. **Pension or retirement income**   8g.   $ 0.00   $ N/A
   - 8h. **Other monthly income.** Specify:   8h.+   $ 0.00 +   $ N/A

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 0.00   $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 2,595.00 + $ N/A = $ 2,595.00
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify:   11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $ 2,595.00
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    - ■ No.
    - ☐ Yes. Explain:

Debtor 1   Cynthia Denise Brown   Case number (*if known*) 18-70245

Official Form 106I   Schedule I: Your Income   page 2

Fill in this information to identify your case:

Debtor 1: **Cynthia Denise Brown**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA WESTERN DIVISION

Case number (If known): **18-70245**

Check if this is:
- ■ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:
  _____ MM / DD / YYYY

# Official Form 106J
## Schedule J: Your Expenses  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**
   - ■ No. Go to line 2.
   - ☐ Yes. **Does Debtor 2 live in a separate household?**
     - ☐ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ■ No
   Do not list Debtor 1 and Debtor 2.  ☐ Yes. Fill out this information for each dependent..............
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ■ No
   - ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.  4. $ 308.00

   **If not included in line 4:**

   4a. Real estate taxes  4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance  4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses  4c. $ 50.00
   4d. Homeowner's association or condominium dues  4d. $ 0.00
5. **Additional mortgage payments for your residence,** such as home equity loans  5. $ 0.00

Official Form 106J  Schedule J: Your Expenses  page 1

| Debtor 1 | Cynthia Denise Brown | | Case number (if known) | 18-70245 |
|---|---|---|---|---|

6. **Utilities:**
   - 6a. Electricity, heat, natural gas     6a. $ **230.00**
   - 6b. Water, sewer, garbage collection     6b. $ **135.00**
   - 6c. Telephone, cell phone, Internet, satellite, and cable services     6c. $ **260.00**
   - 6d. Other. Specify:     6d. $ **0.00**
7. **Food and housekeeping supplies**     7. $ **350.00**
8. **Childcare and children's education costs**     8. $ **0.00**
9. **Clothing, laundry, and dry cleaning**     9. $ **50.00**
10. **Personal care products and services**     10. $ **50.00**
11. **Medical and dental expenses**     11. $ **50.00**
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.     12. $ **300.00**
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**     13. $ **9.00**
14. **Charitable contributions and religious donations**     14. $ **80.00**
15. **Insurance.**
   Do not include insurance deducted from your pay or included in lines 4 or 20.
   - 15a. Life insurance     15a. $ **16.24**
   - 15b. Health insurance     15b. $ **0.00**
   - 15c. Vehicle insurance     15c. $ **128.00**
   - 15d. Other insurance. Specify:     15d. $ **0.00**
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:     16. $ **0.00**
17. **Installment or lease payments:**
   - 17a. Car payments for Vehicle 1     17a. $ **308.00**
   - 17b. Car payments for Vehicle 2     17b. $ **0.00**
   - 17c. Other. Specify:     17c. $ **0.00**
   - 17d. Other. Specify:     17d. $ **0.00**
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**     18. $ **0.00**
19. **Other payments you make to support others who do not live with you.** Specify:     19. $ **0.00**
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
   - 20a. Mortgages on other property     20a. $ **0.00**
   - 20b. Real estate taxes     20b. $ **0.00**
   - 20c. Property, homeowner's, or renter's insurance     20c. $ **0.00**
   - 20d. Maintenance, repair, and upkeep expenses     20d. $ **0.00**
   - 20e. Homeowner's association or condominium dues     20e. $ **0.00**
21. **Other:** Specify: **Assistance/care for blind brother**     21. +$ **150.00**
   **Storage shed lease**     +$ **91.56**
22. **Calculate your monthly expenses**
   - 22a. Add lines 4 through 21.     $ **2,565.80**
   - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     $
   - 22c. Add line 22a and 22b. The result is your monthly expenses.     $ **2,565.80**
23. **Calculate your monthly net income.**
   - 23a. Copy line 12 *(your combined monthly income)* from Schedule I.     23a. $ **2,595.00**
   - 23b. Copy your monthly expenses from line 22c above.     23b. -$ **2,565.80**
   - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*.     23c. $ **29.20**
24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
   - ■ No.
   - ☐ Yes.     Explain here:

**Fill in this information to identify your case:**

Debtor 1: **Cynthia Denise Brown**
First Name   Middle Name   Last Name

Debtor 2:
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA WESTERN DIVISION

Case number: **18-70245**
(if known)

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Cynthia Denise Brown**
**Cynthia Denise Brown**
Signature of Debtor 1

Date **July 17, 2019**

X _____
Signature of Debtor 2

Date _____

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Cynthia** First Name | **Denise** Middle Name | **Brown** Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA WESTERN DIVISION | | |
| Case number (if known) | 18-70245 | | |

■ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Chase Mortgage** <br> Description of property securing debt: **305 State Street Greensboro, AL 36744  Hale County** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br> ■ Yes |
| Creditor's name: **Graceland Management** <br> Description of property securing debt: **Shed** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br> ■ Yes |
| Creditor's name: **Peoples Bank of Greensboro** <br> Description of property | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ■ No <br> ☐ Yes |
| **2009 Honda Accord 101,000 miles** | | |

Official Form 108                Statement of Intention for Individuals Filing Under Chapter 7                page 1

| Debtor 1 | Cynthia Denise Brown | Case number (if known) | 18-70245 |

securing debt:

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: **Progressive Leasing** | ■ No<br>☐ Yes |
| Description of leased Property: **Lease of furniture** | |

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X **/s/ Cynthia Denise Brown**
**Cynthia Denise Brown**
Signature of Debtor 1

X _____
Signature of Debtor 2

Date **July 17, 2019**

Date _____

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|
| Debtor 1 **Cynthia Denise Brown** | ■ 1. There is no presumption of abuse |
| Debtor 2 (Spouse, if filing) | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2). |
| United States Bankruptcy Court for the: Northern District of Alabama Western Division | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number **18-70245** (if known) | ■ Check if this is an amended filing |

## Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ■ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|   |   | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 2,238.84 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

   |   | Debtor 1 |   |   |
   |---|---|---|---|
   | Gross receipts (before all deductions) | $ 0.00 | | |
   | Ordinary and necessary operating expenses | -$ 0.00 | | |
   | Net monthly income from a business, profession, or farm | $ 0.00 Copy here -> | $ 0.00 | $ |

6. **Net income from rental and other real property**

   |   | Debtor 1 |   |   |
   |---|---|---|---|
   | Gross receipts (before all deductions) | $ 0.00 | | |
   | Ordinary and necessary operating expenses | -$ 0.00 | | |
   | Net monthly income from rental or other real property | $ 0.00 Copy here -> | $ 0.00 | $ |

7. **Interest, dividends, and royalties** | | $ 0.00 | $ |

Debtor 1 **Cynthia Denise Brown**     Case number (*if known*) **18-70245**

|   | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 8. | **Unemployment compensation** | $ 0.00 | $ |
|   | Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: | | |
|   | For you $    0.00 | | |
|   | For your spouse $ | | |
| 9. | **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ 0.00 | $ |
| 10. | **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below. | | |
|   | . _____ | $ 0.00 | $ |
|   | _____ | $ 0.00 | $ |
|   | Total amounts from separate pages, if any. | + $ 0.00 | $ |
| 11. | **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $ 2,238.84 | + $ _____ = $ 2,238.84<br>**Total current monthly income** |

### Part 2: Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

    12a. Copy your total current monthly income from line 11.    **Copy line 11 here=>**    $ **2,238.84**

    Multiply by 12 (the number of months in a year)     **x 12**

    12b. The result is your annual income for this part of the form    12b. $ **26,866.08**

13. **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.    **AL**

    Fill in the number of people in your household.    **1**

    Fill in the median family income for your state and size of household.    13. $ **45,432.00**

    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

    14a. ■ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
            Go to Part 3.

    14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
            Go to Part 3 and fill out Form 122A-2.

### Part 3: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X /s/ Cynthia Denise Brown**
**Cynthia Denise Brown**
Signature of Debtor 1

Date **July 17, 2019**
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

# United States Bankruptcy Court
## Northern District of Alabama Western Division

In re  **Cynthia Denise Brown**  
Debtor(s)

Case No.  **18-70245**  
Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, prior to this conversion I have received (during CH 13) | $ 1,527.97 |
   | For the conversion of this case I have received | $ 200.00 |
   | Balance Due | $ 0.00 |

2. $ **310.00 (initial CH 13 fee) + $25.00 (conversion fee)**   of the filing fee has been paid.

3. The source of the compensation paid to me was:
   - [✓] Debtor
   - [ ] Other (specify):

4. The source of compensation to be paid to me is:
   - [✓] Debtor
   - [ ] Other (specify):

5. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;  
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;  
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;  
   d. [Other provisions as needed]  
   **Please be advised that under the local rules followed in the Northern District of Alabama, Western Division, Debtor's counsel receive a default amount of $1,000.00 for work performed in a case in the event that the case is dismissed prior to being confirmed. These funds come from the money that you have paid into your case up to that time. This amount may be increased or decreased as decided by the Court.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 17, 2019**  
*Date*

**/s/ L. Kenneth Elmer**  
**L. Kenneth Elmer**  
*Signature of Attorney*  
**The Elmer Law Firm, L.L.C.**  
**1927 7th Street**  
**Tuscaloosa, AL 35401**  
**(205)286-8111  Fax: (205)409-2432**  
kelmer@elmerfirm.com  
*Name of law firm*

## DEBTOR'S VERIFICAION

I declare under penalty of perjury that I have read the attached amendments and that they are true and correct to the best of my knowledge, information or belief.

Date: 7/17/2019

/s/ Cynthia Denise Brown
Debtor

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon Robert Morgan, Chapter 7 Trustee, as well as to all those listed on the attached Mailing Matrix, by depositing a copy of the same in the United States mail properly addressed and first class postage prepaid on this the 17th day of July, 2019.

/s/ L. Kenneth Elmer
Attorney for Debtor

C. David Cottingham
Chapter 13 Standing Trustee

Robert Morgan
Electronically served at: rmorgan@rosenharwood.com

PO Box 020588
Tuscaloosa, AL 35402

Money Matters
102 Main Street
Greensboro, AL 36744

Ladder Credit
LCO PO Box 1734
Hayward, WI 54843

DCH Health System
809 University Blvd. E.
Tuscaloosa, AL 35401

Progressive Leasing
256 West Data Drive
Draper, UT 84020

Hale County Hospital
508 Green Street
Greensboro, AL 36744

Greene County Clinic
509 Wilson Avenue
Eutaw, AL 35462

Attached Matrix

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-7<br>Case 18-70245-JHH13<br>NORTHERN DISTRICT OF ALABAMA<br>Tuscaloosa<br>Wed Jul 17 10:56:34 CDT 2019 | Graceland Rental, LLC<br>Kristofor D. Sodergren<br>Rosen Harwood, PA<br>P.O. Box 2727<br>Tuscaloosa, AL 35403-2727 | PRA Receivables Management, LLC<br>Synchrony Bank<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Peoples Bank of Greensboro<br>c/o Jillian L. Guin White<br>Post Office Box 2727<br>Tuscaloosa, AL 35403-2727 | ~~U. S. Bankruptcy Court~~<br>~~2005 University Blvd., Room 2300~~<br>~~Tuscaloosa, AL 35401-1546~~ | AT&T Mobility II LLC<br>Karen A. Cavagnaro- Lead Paralegal<br>One AT&T Way, Room 3A 231<br>Bedminster, NJ 07921-2693 |
| Affirm Inc<br>633 Folsom St.<br>San Francisco, CA 94107-3618 | Alabama Department of Revenue<br>PO Box 320001<br>Montgomery, AL 36132-0001 | Blue Cross Blue Shield of Michigan<br>232 S. Capitol Avenue<br>Lansing, Michigan 48933-1082 |
| Capital One<br>Attn: Bankruptcy Dept.<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Retail Services<br>Attn: Bankruptcy Dep't.<br>PO Box 30258<br>Salt Lake City, UT 84130-0258 | Carmax Auto Finance<br>12800 Tuckahoe Creek Pkw<br>Richmond, VA 23238-1124 |
| Cash Net USA<br>P.O. Box 643990<br>Cincinatti, OH 45264-0309 | Chase Mortgage<br>Attn: Case Research & Bankruptcy<br>PO Box 24696<br>Columbus, OH 43224-0696 | Chase Ray Birchfield<br>1443 Lake George Rd.<br>Moody, AL 35004 |
| Chase Records Center<br>Attn: Correspondence Mail<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe LA 71203-4774 | Comenity cb/hsn<br>Attn: Bankruptcy<br>Po Box 182120<br>Columbus, OH 43218-2120 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Financial<br>Attn: Bankruptcy<br>PO Box 3025<br>New Albany, OH 43054-3025 | Graceland Rental, LLC<br>P.O. Box 665<br>Cunningham, KY 42035-0665 | Hale County Hospital<br>508 Green Street<br>Greensboro, AL 36744-2318 |
| IRS Birmingham Field Office<br>Attn: Kenya Bufford<br>801 Tom Martin Dr.<br>Birmingham, AL 35211-6426 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>c/o Richard O'Neal<br>1801 4th Ave N<br>Birmingham AL 35203-2101 |
| Joann Brown<br>280 Millwood Rd.<br>Greensboro, AL 36744-5942 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>Warren MI 48090-2011 | Merchants Adjustment Service<br>PO Box 7511<br>Mobile, AL 36670-0511 |
| Merchants Adjustment Service<br>c/o Parnell & Parnell, P.A.<br>P.O. Box 2189<br>Montgomery, AL 36102-2189 | Nationwide Insurance<br>PO Box 55126<br>Boston, MA 02205-5126 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

| | | |
|---|---|---|
| Peoples Bank of Greensboro<br>PO Box 520<br>1402 State Street<br>Greensboro, AL 36744-1922 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| REGIONAL MANAGEMENT CORPORATION<br>979 BATESVILLE RD, SUITE B,<br>GREER SC 29651-6819 | Regional Finance<br>2001 Skyland Blvd. East<br>Suite C-1<br>Tuscaloosa, AL 35405-1545 | SFC Central Bankruptcy<br>PO Box 1893<br>Spartanburg, SC 29304-1893 |
| Security Finance<br>610 Skyland Blvd. E.<br>Tuscaloosa, AL 35405-4037 | Security Finance<br>Centralized Bankruptcy<br>P.O. Box 1893<br>Spartanburg, SC 29304-1893 | Southwest Credit Systems<br>4120 International Parkway<br>Suite 1100<br>Carrollton, TX 75007-1958 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/Sams Club<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Walmart<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| TD BANK USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target<br>C/O Financial & Retail Services<br>PO Box 9475<br>Minneapolis, MN 55440-9475 | The Rawlings Company<br>P.O. Box 2000<br>LaGrange, KY 40031-2000 |
| USAA<br>Claims Service<br>PO Box 33490<br>San Antonio, TX 78265-3490 | Webbank/Fingerhut<br>Attn: Bankruptcy Department<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | C David Cottingham<br>Chapter 13 Standing Trustee<br>701 22nd Avenue, Suite 4<br>P O Drawer 020588<br>Tuscaloosa, AL 35402-0588 |
| Cynthia Denise Brown<br>305 State Street<br>Greensboro, AL 36744-2114 | ~~Lyle Kenneth Elmer~~<br>~~The Elmer Law Firm, L.L.C.~~<br>~~1927 7th Street~~<br>~~Tuscaloosa, AL 35401-1828~~ | Rachel L. Webber<br>Tuscaloosa BA Office<br>2005 University Blvd.<br>Room 1300<br>Tuscaloosa, AL 35401-1526 |
| Tia M Kennedy<br>Shunnarah Injury Lawyers<br>3626 Clairmont Avenue<br>Birmingham, AL 35222-3508 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | (u)JPMorgan Chase Bank, N.A., | End of Label Matrix<br>Mailable recipients    51<br>Bypassed recipients     2<br>Total                   53 |